# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-823-286**

Effective date of registration:

October 19, 2012

---

## Title
- **Title of Work:** Elf-Man

## Completion/Publication
- **Year of Completion:** 2012
- **Date of 1st Publication:** August 1, 2012
- **Nation of 1st Publication:** United States

## Author
- **Author:** Elf-Man LLC
- **Author Created:** direction/director, script/screenplay
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Elf-Man LLC
  7820B Wormans Mill Rd. Ste 222, Frederick, MD, 21701, United States
- **Transfer Statement:** By written agreement

## Limitation of copyright claim
- **Material excluded from this claim:** preexisting footage, preexisting photograph(s), preexisting music
- **New material included in claim:** production as a motion picture

## Rights and Permissions
- **Organization Name:** Elf-Man LLC
- **Address:** 7820 Wormans Mill Rd
  Suite 222
  Frederick, MD 21701 United States

## Certification

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | city |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.173.95.199 | 2D415A343830302D576A324C68474344478787659 | Vuze 4.8.0.0 | 02/27/2013 02:58:26 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Waukegan |
| 2 | 50.151.160.184 | 2D415A343831322D47526F3238456B3333673768 | Vuze 4.8.1.2 | 02/25/2013 04:13:54 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Lansing |
| 3 | 173.165.36.221 | 2D415A343930302D6A326E526933336A77596651 | Vuze 4.9.0.0 | 02/23/2013 07:00:56 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Business Communications | Illinois | Fox Lake |
| 4 | 98.253.159.196 | 2D5554333232302DB36F9BE851B1569E2E785064 | µTorrent 3.2.2 | 02/22/2013 07:28:55 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 5 | 24.1.211.43 | 2D5554333233302D21709FC197F1071CDB6507D8 | µTorrent 3.2.3 | 02/20/2013 03:47:52 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Streamwood |
| 6 | 50.79.53.186 | 2D554D313531333300468F7ED2794B9FC41E8A628 | µTorrent Mac 1.5.13 | 02/14/2013 03:08:22 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Business Communications | Illinois | Mundelein |
| 7 | 98.212.109.176 | 2D5554333233302D21703F84FFC2BAAC6B31B4BD | µTorrent 3.2.3 | 02/13/2013 05:30:27 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 8 | 76.16.129.174 | 4D372D362D312D2DD6683A43AD74D195527A960B | BitTorrent 7.6.1 | 02/01/2013 04:49:32 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Round Lake |
| 9 | 69.47.80.31 | 2D554D313531333004686A88CB2235A00E5BD0BD | -UM15130 | 01/28/2013 09:36:14 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | WideOpenWest | Illinois | Mount Prospect |
| 10 | 67.167.52.123 | 2D415A343830302D596C686745694D3635333751 | Vuze 4.8.0.0 | 01/26/2013 03:36:09 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Sycamore |
| 11 | 71.194.160.23 | 2D4C54304630302D6F6B284A65754C3768664268 | libtorrent (Rasterbar) 0.15.0 | 01/22/2013 12:14:17 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Aurora |
| 12 | 67.162.8.14 | 2D5554333233302D217081B1385BA2BFD68DE07C | µTorrent 3.2.3 | 01/15/2013 09:01:02 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Glenview |
| 13 | 98.213.76.57 | 2D415A343831322D47496B4135374D6D6277516C | Vuze 4.8.1.2 | 01/06/2013 01:41:08 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Dixon |
| 14 | 76.16.92.107 | 2D415A343530342D3357747448346D786942754B | Vuze 4.5.0.4 | 01/05/2013 06:47:04 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Lake Forest |
| 15 | 98.206.124.221 | 2D5554333233302D21704B41BAD6BDFA43543B13 | µTorrent 3.2.3 | 01/01/2013 11:00:27 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Harvey |
| 16 | 50.151.88.84 | 2D5554333233302D21708D2446C8388F3187F028 | µTorrent 3.2.3 | 12/31/2012 04:52:49 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | North Chicago |
| 17 | 50.45.111.88 | 2D5554333233302D2170B6C06611FEFD0607EDC0 | µTorrent 3.2.3 | 12/30/2012 02:57:56 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Frontier Communications | Illinois | Dekalb |
| 18 | 69.246.211.207 | 2D5554323231302D4262C1A1B7607B9DB83E0534 | µTorrent 2.2.1 | 12/29/2012 12:45:01 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Mundelein |
| 19 | 24.13.72.255 | 4D372D322D312D2D7262960AA2CE401B03AC032B | BitTorrent 7.2.1 | 12/28/2012 08:14:14 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Park Ridge |
| 20 | 98.206.129.39 | 2D5554333030302D9C649509CF9EAB256DCD0746 | µTorrent 3.0.0 | 12/25/2012 06:59:42 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Roselle |
| 21 | 76.29.46.179 | 2D5554333133302DBF6AA22FC50DA1FEF8E84C38 | µTorrent 3.1.3 | 12/25/2012 12:01:19 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 22 | 69.246.228.7 | 2D415A343731322D446C793170694B63326D4D50 | Vuze 4.7.1.2 | 12/24/2012 10:59:46 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 23 | 69.136.165.87 | 4D372D322D312D2DD662576B7B2A86DE218C92CD | BitTorrent 7.2.1 | 12/24/2012 01:13:35 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Roselle |
| 24 | 98.223.145.90 | 2D5554333233302D2170162593DCDF085D620BFE | µTorrent 3.2.3 | 12/24/2012 09:47:16 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 25 | 24.12.23.58 | 2D5554323034302D8656E2C408504A3E91111C11 | µTorrent 2.0.4 | 12/24/2012 08:08:02 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 26 | 67.175.128.254 | 2D5452323735302D7A61657571746B3666693064 | Transmission 2.75 | 12/24/2012 07:14:01 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 27 | 68.57.213.186 | 2D5554333233302D2170972327609ADE6212FAFA | µTorrent 3.2.3 | 12/24/2012 12:26:54 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Rockford |
| 28 | 68.58.14.20 | 2D5554333230302DEE6CD3775ABCC109189DACB6 | µTorrent 3.2.0 | 12/23/2012 07:00:56 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Wheaton |
| 29 | 98.227.107.19 | 4D372D362D312D2D556A42172C02746FF0546AFE | BitTorrent 7.6.1 | 12/23/2012 04:03:45 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 30 | 174.255.83.172 | 2D415A343831322D56564877777077564D4D6F4A | Vuze 4.8.1.2 | 12/23/2012 03:29:41 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Verizon Wireless | Illinois | Chicago |
| 31 | 98.193.10.165 | 2D415A343831322D7855654749517559745A5252 | Vuze 4.8.1.2 | 12/22/2012 03:06:04 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Waukegan |

| # | IP | Hash | Client | Date/Time | Title | File Hash | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 32 | 173.165.123.61 | 2D5554333030302D9C64C4851897FB7F5837E356 | µTorrent 3.0.0 | 12/20/2012 10:26:20 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Business Communications | Illinois | Chicago |
| 33 | 50.129.231.165 | 2D554D31353133300468DF83604AE68361D2483B | -UM15130 | 12/20/2012 07:26:29 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Willowbrook |
| 34 | 67.162.99.42 | 2D5554333232302DB36FC501DC9C4425AF79122D | µTorrent 3.2.2 | 12/19/2012 04:46:12 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 35 | 67.162.24.178 | 2D415A343830302D6778515438515530516F7670 | Vuze 4.8.0.0 | 12/19/2012 08:00:32 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 36 | 24.15.33.143 | 2D5554333232302DB36F0B7CFAC5447479908511 | µTorrent 3.2.2 | 12/19/2012 06:11:40 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Orland Park |
| 37 | 50.129.228.9 | 2D5554333233302D21706BF85EB3117EA22145A0 | µTorrent 3.2.3 | 12/18/2012 10:59:20 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 38 | 67.184.224.246 | 2D5554333232302DB36F3585255958C7F6D1CA28 | µTorrent 3.2.2 | 12/18/2012 08:15:46 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Aurora |
| 39 | 67.163.43.194 | 2D415A343830302D37473365666532474F4D544D | Vuze 4.8.0.0 | 12/18/2012 07:18:47 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 40 | 98.193.10.165 | 2D415A343831302D6C616F75574E3469544D7042 | Vuze 4.8.1.0 | 12/18/2012 01:01:44 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Waukegan |
| 41 | 71.201.184.152 | 2D5452323735302D37626A31316F7475767A6466 | Transmission 2.75 | 12/17/2012 02:12:05 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 42 | 50.151.53.247 | 4D362D342D302D2DAF462EBDF490836DF3600211 | BitTorrent 6.4.0 | 12/17/2012 12:02:49 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Elgin |
| 43 | 98.206.17.183 | 2D5554333232302DB36F33DB0CE22B2ECE6EEA30 | µTorrent 3.2.2 | 12/16/2012 08:35:53 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Dekalb |
| 44 | 67.184.12.161 | 2D5554333231302DB66D454F36D715BFEB969B2E | µTorrent 3.2.1 | 12/16/2012 05:25:56 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Lisle |
| 45 | 24.13.113.46 | 2D5554333233302D217094F01A40279CE21AD0B0 | µTorrent 3.2.3 | 12/16/2012 04:48:51 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 46 | 98.228.112.239 | 2D415A343830302D4544471566543455245745736 | Vuze 4.8.0.0 | 12/16/2012 03:00:17 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Rockford |
| 47 | 98.226.153.73 | 2D4C54304630302D4A5A4457485F284B4F512D65 | libtorrent (Rasterbar) 0.15.0 | 12/15/2012 09:53:51 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 48 | 64.53.189.191 | 2D415A343530342D53553165597A64796B376E6F | Vuze 4.5.0.4 | 12/13/2012 05:29:34 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | WideOpenWest | Illinois | Chicago |
| 49 | 98.213.247.49 | 2D415A343732302D614A7A65474B3572796D5077 | Vuze 4.7.2.0 | 12/12/2012 06:36:10 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Rockford |
| 50 | 98.214.28.29 | 2D5554333233302D21706E9CC4D986C9112CB9FF | µTorrent 3.2.3 | 12/12/2012 03:59:22 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Freeport |
| 51 | 67.167.25.1 | 4D372D372D302D2D536DA6A5262210944C0FEE8B | BitTorrent 7.7.0 | 12/11/2012 04:45:48 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Worth |
| 52 | 72.37.242.12 | 2D5554333230302DEE6C4DE2C98785798B766EBC | µTorrent 3.2.0 | 12/10/2012 02:04:33 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | PacketExchange | Illinois | Chicago |
| 53 | 71.194.107.210 | 2D5554333233302D21703AAEF4C3B4DFBD90DDDE | µTorrent 3.2.3 | 12/10/2012 01:20:37 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Frankfort |
| 54 | 98.220.90.204 | 2D5554333233302D21709B13CB1204469CA0EF48 | µTorrent 3.2.3 | 12/10/2012 12:12:37 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Rockford |
| 55 | 67.175.69.202 | 2D415A343830302D6C66325A6A366C4B70753179 | Vuze 4.8.0.0 | 12/09/2012 11:07:12 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Rockford |
| 56 | 67.163.70.83 | 2D415A343530342D50614C786B4F636E475A6857 | Vuze 4.5.0.4 | 12/09/2012 08:33:11 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Darien |
| 57 | 71.239.94.232 | 2D4243303133342D8C7A95832952346A66071313 | BitComet 1.34 | 12/08/2012 06:59:34 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Wadsworth |
| 58 | 50.194.84.171 | 2D5554323230302DDE5CAA3C54E9CF897099D62C | µTorrent 2.2.0 | 12/08/2012 05:01:39 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Elk Grove Village |
| 59 | 64.53.175.51 | 4D372D372D302D2D536DEF9E90822309E9467969 | BitTorrent 7.7.0 | 12/08/2012 03:37:01 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | WideOpenWest | Illinois | Chicago |
| 60 | 98.228.0.222 | 2D5554333232302D546F300F243CF8C6FD5293F1 | µTorrent 3.2.2 | 12/08/2012 10:31:08 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Homewood |
| 61 | 98.227.225.59 | 2D5554333232302DB36F78B41628D69A1568D148 | µTorrent 3.2.2 | 12/08/2012 06:38:37 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Berwyn |
| 62 | 67.162.22.63 | 2D5554323034302D525412B64C0574DD37026601 | µTorrent 2.0.4 | 12/08/2012 04:03:09 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Darien |
| 63 | 74.94.125.113 | 2D5452323733302D6E3469353834766966307A6A | Transmission 2.73 | 12/07/2012 11:28:46 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Business Communications | Illinois | Chicago |

| # | IP | Hash | Client | Date/Time | Title | SHA1 | ISP | State | City |
|---|---|---|---|---|---|---|---|---|---|
| 64 | 24.15.27.238 | 2D5554333231302DB66DB5F71F97EB3F51S5067E | µTorrent 3.2.1 | 12/07/2012 07:57:49 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Country Club Hills |
| 65 | 67.184.108.5 | 4D372D372D302D2D536D1EF18EF905FEBD78A742 | BitTorrent 7.7.0 | 12/07/2012 03:45:36 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Mchenry |
| 66 | 67.162.81.137 | 2D415A343830302D38466E644B73725662477A56 | Vuze 4.8.0.0 | 12/07/2012 03:39:09 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 67 | 50.151.5.34 | 2D415A343530342D6C657330434E535335564877 | Vuze 4.5.0.4 | 12/06/2012 07:44:01 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 68 | 64.120.16.195 | 2D554D313635302DE86BDC474B436A9F432ECE68 | µTorrent Mac 1.6.5 | 12/06/2012 04:25:14 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Nobis Technology Group, LLC | Illinois | Chicago |
| 69 | 50.196.200.54 | 4D372D372D322D2D536FF620E71F91C2D010A8E6 | BitTorrent 7.7.2 | 12/06/2012 03:14:46 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | West Chicago |
| 70 | 71.201.239.105 | 2D5554323230302DC35ACA83BE98B607EFD099CE | µTorrent 2.2.0 | 12/05/2012 02:47:49 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Villa Park |
| 71 | 98.223.0.185 | 2D5554333231302DB66D6CC55C63FC2C232785CF | µTorrent 3.2.1 | 12/04/2012 03:33:23 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Hoffman Estates |
| 72 | 24.15.192.212 | 2D415A343830302D58445273515A343739777A44 | Vuze 4.8.0.0 | 12/02/2012 10:21:49 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Great Lakes |
| 73 | 71.201.192.14 | 2D5554333133302D6A6B082F5549B14393EA35C5 | µTorrent 3.1.3 | 12/02/2012 06:57:26 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Rockford |
| 74 | 98.206.18.177 | 2D5554323034302D0B545C7E73A843D708E4E9FD | µTorrent 2.0.4 | 12/02/2012 04:03:11 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Dekalb |
| 75 | 71.201.186.191 | 2D5554333132302D9568FCFCBB4FDF23C5FD12ED | µTorrent 3.1.2 | 12/02/2012 03:39:30 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Chicago |
| 76 | 71.194.20.121 | 2D415A343830302D43764372685634495A325044 | Vuze 4.8.0.0 | 12/02/2012 01:38:12 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Midlothian |
| 77 | 67.175.250.42 | 2D5554333230302DEE6CA52F9502BE212684B239 | µTorrent 3.2.0 | 12/02/2012 12:13:54 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Batavia |
| 78 | 67.173.40.56 | 2D5554333232302DB36F23C1919AA81DCE619DAB | µTorrent 3.2.2 | 12/02/2012 12:09:18 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Lombard |
| 79 | 67.184.105.153 | 2D5554333230302D3C6C64F7DD6F6399CE808CFD | µTorrent 3.2.0 | 12/01/2012 11:15:23 PM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Mchenry |
| 80 | 24.15.221.88 | 2D554D313635302DE86B60216E39290757F95C66 | µTorrent Mac 1.6.5 | 12/01/2012 02:58:49 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Rockford |
| 81 | 50.148.41.26 | 2D5554333133302D476A1ED62DE8ABBCCEEB3B5C | µTorrent 3.1.3 | 12/01/2012 01:33:39 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Machesney Park |
| 82 | 98.253.207.135 | 2D415A343530342D68537279536B715546677074 | Vuze 4.5.0.4 | 12/01/2012 12:23:26 AM | Elf-Man 2012 DVDRip XviD-VoMiT. | SHA1: 33E6C4D563C276F29A7A48502C6640191DE3DD72 | Comcast Cable | Illinois | Sycamore |