IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELF-MAN LLC, | ) |
|     Plaintiff, | ) Case No.: 13-cv-2362 <br> ) <br> ) Judge Rebecca R. Pallmeyer |
| v. | ) <br> ) Magistrate Judge Jeffrey T. Gilbert |
| DOES 1-82, | ) <br> ) |
|     Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANT NO. 72

    Plaintiff, Elf-Man LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendant associated with Internet Protocol address 24.15.192.212 (Doe No. 72). Plaintiff is not dismissing any other Doe Defendants at this time.

    The respective Doe Defendant has not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

                                                  Respectfully submitted,

Dated: May 22, 2013                             ELF-MAN LLC

                                      By:     s/Michael A. Hierl
                                                    Michael A. Hierl (Bar No. 3128021)
                                                    Todd S. Parkhurst (Bar No. 2145456)
                                                    Hughes Socol Piers Resnick & Dym, Ltd.
                                                    Three First National Plaza
                                                    70 W. Madison Street, Suite 4000
                                                    Chicago, Illinois 60602
                                                    (312) 580-0100 Telephone
                                                    (312) 580-1994 Facsimile
                                                    mhierl@hsplegal.com

                                                    Attorneys for Plaintiff
                                                    Elf-Man LLC

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Doe Defendant No. 72 was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on May 22, 2013.

                s/Michael A. Hierl