# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Elf–Man LLC

                        Plaintiff,

v.                                                  Case No.: 1:13–cv–02362
                                                   Honorable Rebecca R. Pallmeyer

DOES 1–82, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 15, 2013:

       MINUTE entry before Honorable Rebecca R. Pallmeyer: Plaintiff's notice of voluntary dismissal of certain Doe defendants [37, 28] granted. Does No. 28, 11, 53, 38 and 70 are dismissed. Case remains pending as against the remaining Defendants. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.