IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELF-MAN LLC, | ) |
| | ) Case No.: 13-cv-2362 |
| Plaintiff, | ) |
| | ) Judge Rebecca R. Pallmeyer |
| v. | ) |
| | ) |
| DOES 1-82, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL REMAINING DOE DEFENDANTS

Plaintiff, ELF-MAN LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses without prejudice all causes of action in the complaint against all of the Doe Defendants remaining in this action.

The respective Doe Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Consistent herewith, Plaintiff consents to the Court closing this case for administrative purposes.

                                              Respectfully submitted,

Dated: March 26, 2014           ELF-MAN LLC

                                          By:    s/Michael A. Hierl
                                                    Michael A. Hierl (Bar No. 3128021)
                                                    Todd S. Parkhurst (Bar No. 2145456)
                                                    Hughes Socol Piers Resnick & Dym, Ltd.
                                                    Three First National Plaza
                                                    70 W. Madison Street, Suite 4000
                                                    Chicago, Illinois 60602
                                                    (312) 580-0100 Telephone
                                                    (312) 580-1994 Facsimile
                                                    mhierl@hsplegal.com

                                                    Attorneys for Plaintiff
                                                    ELF-MAN LLC

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of All Remaining Doe Defendants was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on March 26, 2014.

                                                                                s/Michael A. Hierl